Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Hand Promotions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Zoe Nauman, et al., <br><br> Defendant. | CASE NO. CV 11-0500 SBA DMR <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ZOE NAUMAN, individually and d/b/a GODSPEED |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendant ZOE NAUMAN, individually and d/b/a GODSPEED, that the above-entitled action is hereby dismissed **without prejudice** against ZOE NAUMAN, individually and d/b/a GODSPEED and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///
///
///
///
///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by April 8, 2012, the dismissal shall be deemed to be with prejudice.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: July 21, 2011

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: 7/25/2011

BUCHALTER NEMER, P.C.
By: Gary Nemer
Attorneys for Defendant
ZOE NAUMAN, individually and d/b/a
GODSPEED

IT IS SO ORDERED:

_Saundra B Armstrong_
The Honorable Saundra B. Armstrong
United States District Court
Northern District of California

Dated: 8/24/11

STIPULATION OF DISMISSAL
CV 11-0500 SBA DMR
PAGE 2

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 21, 2011, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ZOE NAUMAN, individually and d/b/a GODSPEED**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Gary Nemer, Esquire (Attorneys for Defendant)
**BUCHALTER NEMER, P.C.**
333 Market Street, 25th Floor
San Francisco, CA 94105

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 21, 2011, at South Pasadena, California.

Dated: July 21, 2011

INESA MAMIDJANYAN